FILED

MAY 09 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE DANIEL LOZOYA-CAMACHO,<br><br>Defendant. | CR 19-41-BLG-SPW-1<br><br>ORDER |

For the reasons stated on the record, JOSE DANIEL LOZOYA-CAMACHO is hereby released from the custody of the U.S. Marshals Service.

DATED this 9th day of May, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1